HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
JEREMY DOSIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No:  2:20-cr-0173-TLN |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| JEREMY DOSIER, | ) | Date:  March 4, 2021 |
| Defendants. | ) | Time: 9:30 a.m. |
|  | ) | Judge: Hon. Troy L. Newman |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney Cameron Desmond and Assistant Federal Defender Linda C. Allison, attorney for Jeremy Dosier, that the status conference hearing set for March 4, 2021 continued to April 15, 2021 at 9:30 a.m.

The reason for this continuance is that Defense counsel needs additional time review the discovery with her client, to continue with an investigation and discuss plea negotiations.

The parties further stipulate and agree to exclude time from the date of this stipulation March 2, 2021 to April 15 2021 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4).

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated: March 2, 2021 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | | |
| 4 | | */s/ Linda C. Allison and Hannah Labaree*<br>LINDA C. ALLISON & HANNAH LABAREE |
| 5 | | Assistant Federal Defenders<br>Attorneys for Defendant |
| 6 | | JEREMY DOSIER |
| 7 | Dated: March 2, 2021 | PHIlLIP A. TALBERT<br>United States Attorney |
| 8 | | |
| 9 | | */s/ Linda C. Allison for*<br>CAMERON DESMOND |
| 10 | | Assistant United States Attorneys |

(Lines 11–28 blank)

**ORDER**

IT IS HEREBY ORDERED that the status conference hearing set for March 4, 2021 at 9:30 a.m. be continued to April 15, 2021 at 9: 30 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though April 15, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: March 2, 2021

Troy L. Nunley
United States District Judge