HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
JEREMY DOSIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 2:20-cr-0173-TLN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | TO CONTINUE SENTENCING |
| | ) | |
| JEREMY DOSIER, | ) | Date: August 19, 2021 |
| | ) | Time: 9:30 a.m. |
| Defendants. | ) | Judge: Hon. Troy L. Newman |
| | ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney Cameron Desmond and Assistant Federal Defender Linda C. Allison, attorney for Jeremy Dosier, that the status conference hearing set for August 19, 2021 continued to October 7, 2021 at 9:30 a.m.

The reason for this continuance is that Defense counsel needs additional time review the discovery with her client, to continue with an investigation and discuss plea negotiations.

The parties further stipulate and agree to exclude time from the date of this stipulation August 19, 2021 to October 7, 2021 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4).

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated: August 18, 2021 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | /s/ Linda C. Allison<br>LINDA C. ALLISON<br>Assistant Federal Defender |
| 5 | | Attorney for Defendant<br>JEREMY DOSIER |
| 7 | Dated: August 18, 2021 | PHIlLIP A. TALBERT<br>Acting United States Attorney |
| 9 | | /s/ Linda C. Allison for<br>CAMERON DESMOND |
| 10 | | Assistant United States Attorneys |

# ORDER

IT IS HEREBY ORDERED that the status conference hearing set for August 19, 2021 at 9:30 a.m. be continued to October 7, 2021 at 9: 30 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though October 7, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: August 18, 2021

Troy L. Nunley
United States District Judge