HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
JEREMY DOSIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No:  2:20-cr-0173-TLN |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE SENTENCING AND MODIFY PSR SCHEDULE |
| vs. | ) | |
| JEREMY DOSIER, | ) | Date: January 13, 2022
Time: 9:30 a.m. |
| Defendants. | ) | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney Cameron Desmond and Assistant Federal Defender Linda C. Allison, attorney for Jeremy Dosier, that the Sentencing hearing set for January 13, 2022 continued to March 10, 2022 at 9:30 a.m.

The following is the new proposed schedule for Presentence Investigation Report:

Reply/Sentencing Memorandum Due:		March 3, 2022

Sentencing:					March 10, 2022


Dated: January 10, 2022				Respectfully submitted,

						HEATHER E. WILLIAMS
						Federal Defender

						*/s/ Linda C. Allison*
						LINDA C. ALLISON
						Assistant Federal Defender
						Attorney for Defendant

1
2   Dated: January 10, 2022

                                                JEREMY DOSIER
                                                PHIlLIP A. TALBERT
                                                United States Attorney


                                                */s/ Cameron Desmond*
                                                 CAMERON DESMOND
                                                Assistant United States Attorneys

**ORDER**

IT IS HEREBY ORDERED that the judgment and sentencing hearing set for January 13, 2022 at 9:30 a.m. be continued to March 10, 2022 at 9:30 a.m. and the new schedule for presentence report be set as stated above.

Dated: January 10, 2022

Troy L. Nunley
United States District Judge