HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
JEREMY DOSIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No:  2:20-cr-0173-TLN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE SENTENCING AND MODIFY PSR SCHEDULE |
| vs. | ) ) | |
| JEREMY DOSIER, | ) ) | Date:  June 16, 2022 Time: 9:30 a.m. |
| Defendants. | ) ) ) | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through, Assistant United States Attorney Cameron Desmond, attorney for Plantiff and Heather Williams, Federal Defender, through Assistant Federal Defender Linda C. Allison, attorney for Jeremy Dosier, that the Sentencing hearing set for June 16, 2022 continued to September 29, 2022 at 9:30 a.m.

This continuance is requested due to defense counsel's unavailability.

The following is the new proposed schedule for Presentence Investigation Report:

| | |
|---|---|
| Formal Objections due: | September 15, 2022 |
| Reply/Sentencing Memorandum Due: | September 22, 2022 |
| Sentencing: | September 29, 2022 |

//

//

//

| | | |
|---|---|---|
| 1 | Dated: June 1, 2022 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | | |
| 4 | | */s/ Linda C. Allison*<br>LINDA C. ALLISON<br>Assistant Federal Defender |
| 5 | | Attorney for Defendant<br>JEREMY DOSIER |
| 6 | | |
| 7 | Dated: June 1, 2022 | PHIlLIP A. TALBERT<br>United States Attorney |
| 8 | | |
| 9 | | */s/ Cameron Desmond* |
| 10 | | CAMERON DESMOND<br>Assistant United States Attorneys |

**ORDER**

IT IS HEREBY ORDERED that the judgment and sentencing hearing set for June 16, 2022 at 9:30 a.m. be continued to September 29, 2022 at 9:30 a.m. and the new schedule for presentence report be set as stated above.

Dated: June 1, 2022

Troy L. Nunley
United States District Judge