HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JEREMY DOSIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JEREMY DOSIER,<br><br>  Defendant. | Case No.  2:20-cr-00173-TLN<br><br>**STIPULATION AND PROPOSED ORDER FOR TEMPORARY RELEASE FROM CUSTODY TO ATTEND A FAMILY MEMBER'S FUNERAL**<br><br>Judge:  Hon. Jeremy D. Peterson |

   IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Cameron Desmond, Assistant United States Attorney, counsel for Plaintiff, and Heather E. Williams, Federal Defender, through Assistant Federal Defender Linda Allison, counsel for Defendant, that Defendant Jeremy Dosier may be ordered temporarily released from custody at the Sacramento County Jail on Tuesday, June 14, 2022 from 8:30 a.m. to 1:00 p.m. to attend the funeral services and burial of his first cousin. The government has no opposition to this temporary release under the terms and conditions listed below.

   Mr. Dosier's first cousin, Mason Griffin, passed away on May 16, 2022.  He was 26 years old.  Mason and Jeremy were close and grew up together.  Jeremy's mother is the sister of Mason's mother.  The funeral is scheduled for Tuesday, June 14, 2022.  Mr. Dosier has pled guilty and is currently in Sacramento County Jail awaiting sentencing.

1  Mr. Dosier requests temporary release to attend his cousin Mason's funeral. The funeral
2  service is being held graveside at 10 am at the Garden of Freedom in Lodi.
3  Mr. Dosier requests to be released to the custody of a staff member from the Office of the
4  Federal Defender. The investigator will take Mr. Dosier to the funeral home, accompany him to
5  the burial, then return him to Sacramento County Jail later that same day. There will be no other
6  stops on the journey, other than rest stops as needed. The investigator will be present with Mr.
7  Dosier for the duration of his release.
8  Finally, Mr. Dosier agrees not to use any alcohol or controlled substances during his
9  release.

Respectfully submitted,

DATED: June 9, 2022     HEATHER E. WILLIAMS
                        Federal Defender

                        /s/ Linda C. Allison
                        LINDA C. ALLISON
                        Assistant Federal Defender
                        Attorney for Jeremy Dosier


DATED: June 9, 2022     PHILLIP A. TALBERT
                        United States Attorney

                        /s/ Cameron Desmond
                        CAMERON DESMOND
                        Assistant United States Attorney
                        Attorneys for Plaintiff

~~[PROPOSED]~~ ORDER

Having considered the defendant's motion for temporary release to attend the funeral of his cousin, Mason Griffin, and the government's non-opposition thereto, it is hereby:

ORDERED, that the Sacramento County Main Jail release Mr. Dosier temporarily from their custody on Tuesday, June 14 to the custody of a staff member of the Office of the Federal Defender no later than 8:30 am; it is further

ORDERED, that Mr. Dosier remain at all times during his release in the company of said staff member until his return to the jail; it is further

ORDERED, that Mr. Dosier refrain from consuming any alcoholic beverages, any marijuana or other drugs and that he obey all laws; it is further

ORDERED, that Mr. Dosier be return to the Sacramento County Jail no later than 1:00 pm on June 14, 2022.

IT IS SO ORDERED.

Dated: June 9, 2022

_____
JEREMY D. PETERSON
United States Magistrate Judge