UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 9, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY DOSIER<br><br>Defendant. | Case No. 2:20-CR-0173 TLN<br><br>**ORDER FOR TEMPORARY RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JEREMY DOSIER</u>

Case No. <u>2:20-CR-0173 TLN</u>  Charges <u>21 USC § 841 (a)(1)</u> from custody for the following reasons:

| | |
|---|---|
| _____ | Release on Personal Recognizance |
| _____ | Bail Posted in the Sum of $ _____ |
| _____ | Unsecured Appearance Bond $ _____ |
| _____ | Appearance Bond with 10% Deposit |
| _____ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
| **X** | (Other): Defendant temporarily released to the custody of the Federal Defender's Office on 6/14/2022 at 8:30 AM to attend a funeral in Lodi, CA. |

Issued at Sacramento, California on June 9, 2022 at 2:00 PM

By: _____
Magistrate Judge Jeremy D. Peterson